# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARIEN ROWAYTON BANK, | No. 4:22-CV-01394 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| JACK E. McGREGOR, JOANNAH McGREGOR, and DOUGLAS H. McGREGOR, | |
| Defendants. | |

## ORDER

**APRIL 10, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant Douglas H. McGregor's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 11) is **DENIED**. Consistent with Federal Rule of Civil Procedure 12, Douglas McGregor is directed to file an Answer by April 24, 2023.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge